1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JEREMIE GOODRICH, | ) | No. CV 14-528 JGB (FFM) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RICHARD IVES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 20, 2014

_____

JESUS G. BERNAL
United States District Judge